EAST 46TH STREET REALTY CORPORATION v. MAX GUTSCHNEIDER, INC.—

Application granted. Order signed. Present — Dowling, Laughlin, Smith, Page and Merrell, JJ.